# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO LEON, | CASE NO. 1:11-cv-00601-LJO-GBC (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL OF ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED |
| v. | |
| SCI G. VASQUEZ, et al., | |
| Defendants. | |
| _____ / | OBJECTIONS DUE WITHIN THIRTY DAYS |

On April 14, 2011, Plaintiff Ernesto Leon ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2011, the undersigned dismissed Plaintiff's complaint for failure to state a claim upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. §§ 1915A and 1915(e). On October 25, 2011, the Court granted Plaintiff's first motion for a thirty day extension of time to file an amended complaint. Doc. 10. On December 1, 2011, the Court granted Plaintiff's second motion for a thirty day extension of time to file an amended complaint. Doc. 12. To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file that sets forth any claims upon which relief may be granted under § 1983.

Accordingly, pursuant to 28 U.S.C. §§ 1915A and 1915(e), the undersigned HEREBY RECOMMENDS that this action be DISMISSED, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted under § 1983.

1     These Findings and Recommendations will be submitted to the United States District Judge
2 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **thirty (30) days**
3 after being served with these Findings and Recommendations, Plaintiff may file written objections
4 with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and
5 Recommendations." Plaintiff is advised that failure to file objections within the specified time may
6 waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

8 IT IS SO ORDERED.

9 Dated:   January 30, 2012
10                                         UNITED STATES MAGISTRATE JUDGE